```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF NEW MEXICO
 3
 4  RUSSELL TENORIO               )
                                  )
 5  vs.                           )  No. 12:CV-01295-JCH-KBM
                                  )
 6  BRIAN PITZER, et al.          )
 7
 8
 9                   TRANSCRIPT OF PROCEEDINGS
10                      TRIAL ON THE MERITS
11                           VOLUME 5
12                         March 1, 2019
13
14  BEFORE:   HONORABLE JUDGE JUDITH HERRERA
              UNITED STATES DISTRICT JUDGE
15
16
17
18      Proceedings reported by stenotype.
19      Transcript produced by computer-aided
20  transcription.
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:

 2   FOR THE PLAINTIFF:      KARI MORRISSEY
                             ktm@morrisseylewis.com
 3                           Law Officer of Kari Morrissey
                             201 12th Street, Northwest
 4                           Albuquerque, New Mexico 87102
                             505-244-0950
 5
                             RACHEL E. HIGGINS
 6                           rachel@rachelhigginslaw.com
                             Attorney at Law
 7                           111 Tulane Drive, Southeast
                             Albuquerque New Mexico  87109
 8                           505-247-9339

 9                           KATHERINE A. WRAY
                             wray@kwraylaw.com
10                           102 Granite Avenue Northwest
                             Albuquerque New Mexico  87102
11                           505-842-8492

12
     FOR THE DEFENDANTS:     STEPHANIE M. GRIFFIN
13                           sgriffin@cabq.gov
                             Joann@decisionswon.com
14                           City of Albuquerque
                             P.O. Box 2248
15                           Albuquerque, New Mexico 87103
                             505-768-4440
16

17

18

19

20

21

22

23

24

25
```

```
 1              (Open court; outside the presence of the
 2   jury.)
 3              THE COURT:  We are on the record in Tenorio
 4   versus Pitzer.
 5              We have a note.  We don't have a verdict,
 6   but I don't send anything in to the jury without
 7   having you here to check it out.
 8              So, simple note:
 9              "May we please have a tape measure?"
10              And so I'm not sending a tape measure into
11   the jury room without you knowing and viewing what I
12   send in.
13              Any objections?
14              MS. HIGGINS:  Not from us.
15              MS. GRIFFIN:  No objection, Your Honor.
16              THE COURT:  All right.  And it's signed by
17   the foreperson.
18              I don't have anything else.
19              Anybody else have anything else?
20              (A recess was taken from 9:58 a.m. to 11:53
21   a.m.)
22              THE COURT:  We are back on the record in
23   Tenorio versus Pitzer.
24              We have been informed that the jury has
25   reached a verdict.
```

```
 1                Is the jury ready to come in?
 2                (Open court; jury present.)
 3                THE COURT:  All right.  Please be seated.
 4                So good morning, ladies and gentlemen of
 5   the jury.  I understand you have reached a verdict.
 6                Is that right?
 7                FOREPERSON:  Yes.
 8                THE COURT:  All right.  I'll ask you to
 9   please hand the envelope to the Court Security
10   Officer.
11                Thank you.
12                All right.
13                Verdict:  Question Number 1:
14                "Do you find by a preponderance of the
15   evidence that Brian Pitzer used excessive force
16   against Russell Tenorio, in violation of the Fourth
17   Amendment to the United States Constitution?"
18                Answer:
19                "No."
20                Dated and signed by the foreperson.
21                Is there anything further, Counsel?
22                MS. MORRISSEY:  The plaintiff would ask
23   that the jury be polled.
24                THE COURT:  All right.  So the plaintiff
25   has requested that the jury be polled.
```

```
 1            So I will call on you individually and ask
 2   you whether or not the verdict I just read is your
 3   verdict.
 4            So I'll start in the back, and I'll call
 5   you Juror Number 1, is the verdict that I just read
 6   your verdict?
 7            JUROR:  Yes.
 8            THE COURT:  Juror Number 2?
 9            JUROR:  Yes, it is.
10            THE COURT:  Number 3?
11            JUROR:  Yes.
12            THE COURT:  Starting in the front row?
13            JUROR:  Yes.
14            JUROR:  Yes.
15            JUROR:  Yes.
16            JUROR:  Yes.
17            THE COURT:  All right.
18            Thank you, members of the jury.
19            Is there anything further?
20            MS. HIGGINS:  There is not.
21            THE COURT:  Ms. Griffin?
22            MS. GRIFFIN:  No, Your Honor, thank you.
23            THE COURT:  So, ladies and gentlemen of the
24   jury, I want to thank you for your -- your diligence.
25   I know that you-all took this case very seriously, as
```

1  you should.  And I knew -- I could tell that you were
2  all paying close attention, and so I thank you for
3  that.
4           I have told you repeatedly during this
5  trial that you should not discuss this case with
6  anyone.
7           That no longer applies.  You can discuss
8  this case with anyone you wish.  You're also free not
9  to discuss this case with anyone.  It's just entirely
10 up to you.
11          I will tell you that it's not at all
12 uncommon for the attorneys to want to talk to jurors
13 to just ask questions about how maybe they could have
14 improved their presentation, things like that.
15          Whatever you care to discuss is absolutely
16 fine.
17          The last thing I wanted to say is that I
18 would like to come and speak to you in the jury room
19 and thank you in a more personal setting.  And so
20 it's not required, but if any of you are willing to
21 visit with me for just a few minutes, I would enjoy
22 getting to speak with you on a less formal basis.
23          So again, I thank you for your work in this
24 case.
25          And at this time I will discharge you from

```
 1  your duties as jurors in this case.
 2              Please rise for our jury.
 3              (Open court; outside the presence of the
 4  jury.)
 5              THE COURT:  Do you want a copy of the
 6  verdict form, I would assume?  Yes?  No?
 7              MS. HIGGINS:  It will get filed,
 8  Your Honor, thank you.
 9              THE COURT:  Oh, that's true.  All right.
10              Is there anything further?
11              MS. HIGGINS:  No.
12              MS. GRIFFIN:  No, Your Honor.
13              THE COURT:  All right.
14              We'll be in recess.
15              (Proceedings concluded at 11:58 a.m.)
16
17
18
19
20
21
22
23
24
25
```

<u>CERTIFICATION</u>

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.  I further certify that the transcript fees and format comply with those prescribed by the Court and the Judicial Conference of the United States.

Date: <u>March 4, 2019</u>

```
                              _____
                              PAUL BACA, RPR, CCR
                              Certified Court Reporter #112
                              License Expires:  12-31-19
```

I N D E X

WITNESSES:

Note from the Jury ..................................996
Verdict .............................................997
Jury Polled .........................................998
Certificate of Court Reporter ......................1001